UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 31, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BREANNA R. MISTLER<br><br>Defendant. | Case No. 2:25-cr-0150 DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BREANNA R. MISTLER Case No. 2:25-cr-0150 DJC  Charges 18 USC § 3606 from custody for the following reasons:

    __x__   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

          _____ Unsecured Appearance Bond $ _____

          _____ Appearance Bond with 10% Deposit

          _____ Appearance Bond with Surety

          _____ Corporate Surety Bail Bond

          _____ (Other): Defendant is be released FORTHWITH.

Issued at Sacramento, California on July 31, 2025 at 2:20 PM

By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney