1  KIMBERLY A. SANCHEZ
   Acting United States Attorney
2  HADDY ABOUZEID
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         CASE NO. 2:25-CR-00150-DJC

12              Plaintiff,

13        v.                           **STIPULATION TO CONTINUE ADMIT/DENY HEARING; FINDINGS AND ORDER**

14 | BREANNA MISTLER,

15              Defendant.             DATE: August 14, 2025
                                       TIME: 9:00 a.m.
16                                     COURT: Hon. Daniel J. Calabretta

17
                                **STIPULATION**
18
         Plaintiff United States of America, by and through its counsel of record, and defendant, Breanna
19
   Mistler, by and through defendant's counsel of record, hereby stipulate as follows:
20
         1.      On July 31, 2025, Federal Supervisee Breanna Mistler made her initial appearance on a
21
   Petition for Violation of Supervised Release. The Court ordered Breanna Mistler released from custody
22
   and set the matter for an Admit/Deny Hearing on August 14, 2025. ECF No. 4.
23
         2.      On August 1, 2025, the parties were notified that Probation Officer Phillip Mizutani will
24
   be unavailable on August 14, 2025.
25
         3.      By this stipulation, the parties request that the Admit/Deny Hearing on August 14, 2025
26
   be continued until August 28, 2025 at 9:00a.m. before District Judge Daniel J. Calabretta.
27
   ///
28
         IT IS SO STIPULATED.

                                          1

Dated: August 3, 2025

/s/ TIMOTHY E. WARRINER
TIMOTHY E. WARRINER
Counsel for Defendant
BREANNA MISTLER

Dated: August 3, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ HADDY ABOUZEID
HADDY ABOUZEID
Assistant United States Attorney

## ORDER

IT IS SO FOUND AND ORDERED this 5th day of August, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE